1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,  v.  JESUS RODRIGUEZ,    Defendant. | No.  CR. S-04-0387 MCE  STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT  Date:  November 15, 2005  Time:  8:30 A.M.  Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Jesus Rodriguez, and the United States of America, through defense counsel, Bruce Locke and Assistant U.S. Attorney Phillip Talbert, that the status conference presently set for November 15, 2005, be continued to December 6, 2005, and that time under the Speedy Trial Act should be excluded from November 15, 2005 through December 6, 2005.

The reason for the continuance is that the government will shortly be supplying the defense with transcripts of telephone conversations that have been translated from Spanish to English and the defense will need additional time to review the transcripts. Additionally, Defense Counsel has a conference call with a Ninth Circuit Committee the morning of the 15th of November and would be unable to attend the status conference on that day.  For the foregoing reasons, the parties request the Court to continue the status conference from November 15, 2005 to December 6, 2005.  The parties also request the Court to exclude time under the Speedy Trial Act from November 15, 2005 to December 6, 2005 to allow for defense preparation and because the ends of justice outweigh the

best interest of the public and the defendant in a speedy trial.   Mr. Talbert has authorized Mr. Locke to sign his name to this Stipulation and Order.

DATED: November 10, 2005          _____/S/_____
                                                                BRUCE LOCKE
                                                                Attorney for Mr. Jesus Rodriguez


DATED: November 10, 2005          _____/S/ BRUCE LOCKE_____
                                                                for PHILLIP TALBERT
                                                                Assistant U.S. Attorney


    IT IS SO ORDERED.

DATED: November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE