1  BRUCE LOCKE, Bar #177807
   MOSS & LOCKE
2  555 University Avenue #170
   Sacramento, CA 95825
3  Telephone: (916) 569-0663
   blocke@mosslocke.com
4
   Attorneys for Defendant
5  JESUS RODRIGUEZ

FILED

DEC - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR CR. S-04-0387 MCE |
| Plaintiff, | STIPULATION CONCERNING PROPERTY POSTED TO SECURE BOND |
| v. | |
| JESUS RODRIGUEZ, | |
| Defendant. | |

The Court originally ordered the release of the defendant, Jesus Rodriguez upon the condition that he post four properties plus the inventory contained in his store as security for his bond. Mr. Rodriguez has posted the following properties (1) the property owned by his girl friend, Maria Chavez (Docket Number 26) (equity of $120,000), (2) the property owned by his friend Salvador Macias Valenzuela (Docket Number 30) (equity of $55,000), and the auto shop property located on B Street in Biggs, California (Docket Number 33) (equity of $90,000). Additionally, the Defendant, Mr. Rodriguez, has provided the Government with a security agreement covering the inventory in the store (equity

1  of $100,000) and the Defendant has made a UCC filing with the
2  Secretary of State covering the security interest in favor of the
3  United States in the inventory. The equity in these three properties
4  and the inventory totals $365,000.

5  The Defendant has been unable to post the Afton store property
6  (equity of $90,000) because his wife has refused to sign the Deed of
7  Trust. The Defendant's wife originally advised Mr. Locke, attorney
8  for Mr. Rodriguez, and Phil Davis, the Pre-trial Services Officer,
9  that she would sign the Deed of Trust in return for Mr. Rodriguez
10 signing over his interest in their home to her. Mr. Rodriguez has
11 signed over his interest in the home to Mrs. Rodriguez but Mrs.
12 Rodriguez, on advice of her attorney, now refuses to sign the Deed of
13 Trust. Mr. and Mrs. Rodriguez are now going through a divorce and it
14 is not possible to get Mrs. Rodriguez to sign the papers necessary to
15 post the store property.

16 The United States, by and through its attorney, and the
17 Defendant, by and through his attorney hereby stipulate that the
18 Defendant's bond should be reduced to $365,000 and that the properties
19 currently posted and the inventory are sufficient to secure the
20 amended bond in the amount of $365,000.

21 DATED: December 6, 2005          Respectfully submitted,

22                                  _____
                                    BRUCE LOCKE
23                                  Attorney for Mr. Rodriguez

24                                  _____
                                    PHILLIP TALBERT
25                                  Attorney for the United States

26
   IT IS SO ORDERED:
27 DATED: Dec. 7 2005               _____
28                                  UNITED STATES MAGISTRATE JUDGE

2