BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:04-cr-0387-MCE |
| Plaintiff, | |
| | ORDER |
| v. | |
| JESUS RODRIGUEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING for the issuance of the Subpoena Duces Tecum sought by the defense and since the government does not object to the issuance of the same:

IT IS HEREBY ORDERED that the subpoena, a copy of which is attached to the Motion, be issued; that the subpoena may be served by the Defense Investigator; that the documents that are to be produced may be delivered to the Defense in lieu of production to the Court.

DATED: July 17, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE