1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   JESUS RODRIGUEZ
5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No.  2:04-cr-0387 MCE
                                       )
12                Plaintiff,           )
                                       )   STIPULATION TO CONTINUE STATUS
13                                     )   CONFERENCE AND EXCLUDE TIME
          v.                           )   UNDER SPEEDY TRIAL ACT; ORDER
14                                     )
   JESUS RODRIGUEZ,                    )   Date:  July 18, 2006
15                                     )   Time:  8:30 A.M.
                  Defendant.           )   Judge: Hon. Morrison C. England
16 _____)

17

18       IT IS HEREBY STIPULATED AND AGREED between the defendant, Jesus Rodriguez, and

19 the United States of America, through defense counsel Bruce Locke and Assistant U.S. Attorney

20 Phillip Talbert that the status conference presently set for July 18, 2006 be continued to October 3,

21 2006, and that time under the Speedy Trial Act should be excluded from July 18, 2006 through

22 October 3, 2006.

23       The reason for the continuance is that the defense has recently sought a Rule 17 subpoena

24 *duces tecum* and it will take at least 30 to 45 days to obtain the documents.  The documents are

25 necessary to prepare for trial.   For the foregoing reasons, the parties request the Court to continue

26 the status conference from July 18, 2006  to October 3, 2006.  The parties also request the Court to

27 exclude time under the Speedy Trial Act from July 18, 2006 to October 3, 2006 to allow for defense

28 preparation and because the ends of justice outweigh the best interest of the public and the defendant

29 in a speedy trial.

1

1 | Mr. Talbert has authorized Mr. Locke to sign his name to this Stipulation and Order.

2

3 | DATED: Thursday, July 13, 2006                /S/ - L. Bruce Locke
                                                  BRUCE LOCKE
4                                                 Attorney for Mr. Jesus Rodriguez

5

6
7 | DATED: Thursday, July 13, 2006                /S/ - L. Bruce Locke
                                                  for PHILLIP TALBERT
                                                  Assistant U.S. Attorney
8

9

10
          IT IS SO ORDERED.
11

12 | DATED: Monday, July 17, 2006

13

14

15   _____
     MORRISON C. ENGLAND, JR
16   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

29