BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-00387-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE FROM |
| v. | ) | JULY 19, 2007 TO AUGUST 16, |
| | ) | 2007 AT 9:00 A.M. AND EXCLUDE |
| JESUS RODRIGUEZ, | ) | TIME UNDER SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Jesus Rodriguez, and the United States of America, through defense counsel, Bruce Locke and Assistant U.S. Attorney Phillip Talbert, that the Status Conference set for July 19, 2007 should be continued to August 16, 2007 at 9:00 a.m.  The reason for the continuance is that the defense has learned that the government has two witnesses who will testify that they purchased drugs from the defendant prior to the time of the first sale identified in the indictment and this information materially affects the defense of entrapment. The defense must review all of the discovery relating to these two witnesses and needs additional time to complete that review.  The parties agree that the time between July 19, 2007 and August 16, 2007 should be excluded from the Speedy Trial computation for the reason that the additional time is needed for defense preparation. Mr. Talbert has authorized the undersigned to sign this Stipulation and Order for him.

DATED: July 13, 2007                    /S/
                                    BRUCE LOCKE
                                    Attorney for Mr. Jesus Rodriguez

DATED: July 13, 2007                    /S/ BRUCE LOCKE
                                    for PHILLIP TALBERT
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 17, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE