1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   JESUS RODRIGUEZ
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,     )   No.  2:04-cr-00387-MCE
                                 )
9            Plaintiff,          )
                                 )   STIPULATION TO CONTINUE
10                               )   STATUS CONFERENCE FROM
       v.                        )   SEPTEMBER 6, 2007 TO OCTOBER 11,
11                               )   2007 AT 9:00 A.M. AND EXCLUDE
   JESUS RODRIGUEZ,              )   TIME UNDER SPEEDY TRIAL ACT
12                               )
             Defendant.          )
13 _____)

14         IT IS HEREBY STIPULATED AND AGREED between the defendant, Jesus Rodriguez, and

15 the United States of America, through defense counsel, Bruce Locke and Assistant U.S. Attorney

16 Phillip Talbert, that the Status Conference set for September 6, 2007 should be continued to October

17 11, 2007 at 9:00 a.m.  The reason for the continuance is that the defense has learned recently

18 received additional discovery from the government concerning the two witnesses who will testify

19 that they purchased drugs from the defendant prior to the time of the first sale identified in the

20 indictment and this information materially affects the defense of entrapment. The defense must

21 review all of the discovery relating to these two witnesses and needs additional time to complete that

22 review.  The parties agree that the time between September 6, 2007 and October 11, 2007 should

23 be excluded from the Speedy Trial computation for the reason that the additional time is needed for

24 defense preparation. Mr. Talbert has authorized the undersigned to sign this Stipulation and Order

25 for him.

26  ///

27  ///

28

29                                    1

1  DATED: September 4, 2007                    /S/  Bruce Locke
                                              BRUCE LOCKE
2                                             Attorney for Mr. Jesus Rodriguez

3

4

5

6
   DATED: September 4, 2007                     /S/ Bruce Locke
7                                              for PHILLIP TALBERT
                                               Assistant U.S. Attorney
8

9

10

11

12

13
         IT IS SO ORDERED.
14

15    Dated:  September 6, 2007

16                                             _____
17                                             MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

29                                             2