```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  Chief of Appeals
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2789
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )
                                 )    No. 2:4-cr-00387-MCE
11             Plaintiff,        )
                                 )
12        v.                     )
                                 )    STIPULATION AND ORDER
13  JESUS RODRIGUEZ,             )    CONTINUING TRIAL AND TRIAL
                                 )    CONFIRMATION HEARING DATES
14             Defendant.        )
    _____)
15
16        It is hereby stipulated between the parties, Plaintiff United
17  States of America, by and through United States Attorney McGregor W.
18  Scott and Assistant United States Attorney Phillip A. Talbert, and
19  Defendant Jesus Rodriguez, through his attorney Bruce Locke, as
20  follows:
21        It is agreed that the current trial date of June 16, 2008, and
22  trial confirmation date of May 22, 2008, be vacated and a new trial
23  date of October 14, 2008, and new trial confirmation date of
24  September 11, 2008, be set.
25        The continuance of the trial and trial confirmation hearing is
26  necessary because the case agent is scheduled to be out of the
27  country during the expected trial as it is currently scheduled;
28  ///
```

1

1  defense counsel has trials scheduled in other federal cases in this
2  district during July and September 2008; the government is in the
3  process of obtaining by trial subpoena telephone records that will
4  be produced in discovery; the government is obtaining transcripts
5  and translations of three audio recordings in the case, in addition
6  to those already obtained and produced in discovery; and defense
7  counsel continues to investigate and prepare for trial and needs
8  time to review the additional telephone records and
9  transcripts/translations and to discuss them with the defendant.
10       Accordingly, the parties jointly request a new trial date of
11 October 14, 2008, and a new trial confirmation date of September 11,
12 2008, at 9:00 a.m., and that the time period from May 22, 2008, to
13 and including October 14, 2008, be excluded under the Speedy Trial
14 Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
15 defense preparation and continuity of counsel and based on a finding
16 by the Court that the ends of justice served by granting a
17 continuance outweigh the best interest of the public and defendant
18 in a speedy trial.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
                                      Respectfully submitted,

Dated: May 13, 2008                    /s/Bruce Locke
                                      BRUCE LOCKE, ESQ.
                                      Attorney for Defendant
                                      JESUS RODRIGUEZ
                                      By PAT per email authorization


                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: May 13, 2008                    /s/Phillip A. Talbert
                                      PHILLIP A. TALBERT
                                      Assistant U.S. Attorney
                                      Chief of Appeals
                                      Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE