

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

# INTEROFFICE MEMORANDUM

**TO:** Stephanie Deutsch, Courtroom Clerk
of the Honorable Morrison C. England, Jr.

**FROM:** Lori V. Clanton
Senior United States Probation Officer

**DATE:** August 13, 2009

**SUBJECT:** **Jesus RODRIGUEZ**
Docket Number: 2:04CR00387-01 MCE
**JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on September 10, 2009. Based on the complexity of this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 10/01/2009 @9:00 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/24/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/17/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Completed |

**Reviewed by:** _____
**LINDA L. ALGER**
**Supervising United States Probation Officer**

LVC:sc
cc: Philip A. Talbert, Assistant United States Attorney
Bruce Locke, Defense Counsel

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (SCHED).MRG