BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JESUS RODRIGUEZ,<br><br>  Defendant.<br>_____ | No.  CR. S-04-0387 MCE<br><br>ORDER;<br>STIPULATION TO CONTINUE<br>THE DATE FOR SENTENCING FROM<br>OCTOBER 29, 2009 TO DECEMBER 10,<br>2009 AT 9:00 A.M., AND TO CONTINUE<br>THE DATE FOR THE HEARING ON<br>DEFENDANT'S MOTIONS FOR NEW<br>TRIAL AND FOR OTHER RELIEF TO<br>THAT DATE |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Jesus Rodriguez, and the United States of America, through defense counsel, Bruce Locke and Assistant U.S. Attorney Phillip Talbert, that the October 29, 2009 date for hearing on the defendant's Motion for Continuance and Other Relief, for hearing on defendant's Motion for New Trial, and for sentencing should be vacated and a new date of December 10, 2009 should be set for the hearing on the Defendant's Motion for Other Relief, the hearing on the Motion for New Trial, and for sentencing. Formal objections to the pre-sentence report shall be filed by December 3, 2009.

///

///

///

1

DATED: October 22, 2009      /S/ Bruce Locke  
BRUCE LOCKE  
Attorney for Mr. Jesus Rodriguez

DATED: October 22, 2009      /S/ Bruce Locke  
for PHILLIP TALBERT  
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 23, 2009

_____  
MORRISON C. ENGLAND, JR.  
UNITED STATES DISTRICT JUDGE