BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS RODRIGUEZ,<br><br>　　　　Defendant. | No.  CR. S-04-0387 MCE<br><br>STIPULATION TO CONTINUE THE DATE FOR SENTENCING FROM DECEMBER 10, 2009 TO JANUARY 14, 2010 AT 9:00 A.M., AND TO CONTINUE THE DATE FOR THE HEARING ON DEFENDANT'S MOTIONS FOR NEW TRIAL AND FOR OTHER RELIEF TO THAT DATE |

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, Jesus Rodriguez, and the United States of America, through defense counsel, Bruce Locke and Assistant U.S. Attorney Phillip Talbert, that the December 10, 2009 date for hearing on the defendant's Motion for Continuance and Other Relief, for hearing on defendant's Motion for New Trial, and for sentencing should be vacated and a new date of January 14, 2010 should be set for the hearing on the Defendant's Motion for Other Relief, the hearing on the Motion for New Trial, and for sentencing. Defendant's reply to the government's opposition to defendant's motion for new trial shall be filed by January 7, 2010.

///

1

DATED: December 9, 2009             /S/  Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Mr. Jesus Rodriguez


DATED: December 9, 2009             /S/ Bruce Locke
                                    for PHILLIP TALBERT
                                    Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  December 10, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE