1 | Bruce Locke (#177787)
2 | Moss & Locke
3 | 800 Howe Ave, Ste 110
4 | Sacramento, CA 95825
5 | 916-719-3194
6 | blocke@mosslocke.com
7 | Attorney for Jesus Rodriguez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States, | No. 2:04-CR-00387 MCE |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO RELEASE DEED OF TRUST GRANTED TO SECURE THE APPEARNACE BOND IN THIS CASE AND PROPOSED ORDER** |
| Jesus Rodriguez, | |
| Defendant. | |

On March 1, 2005, Maria Acela Chavez executed a Deed of Trust in favor of the Clerk of the United States District Court for the Eastern District of California. (See the Deed of Trust attached hereto as Exhibit 1.) The Deed of Trust was for the purpose of securing the Appearance Bond for the Defendant, Jesus Rodriguez. The Defendant was convicted in March of 2009 and he is currently in the custody of the Bureau of Prisons serving his sentence. Accordingly there is no further need for the Appearance Bond or the Deed of Trust to secure the Bond. Ms. Chavez desires to refinance her home and needs the Court to release its Deed of Trust.

//
//
//
//
//

1  Ms. Chavez has requested that the undersigned attorney move the Court to order the Clerk
2  of Court to execute the attached Substitution of Trustee and Full Reconveyance. (See the
3  Substitution of Trustee and Full Reconveyance attached hereto as Exhibit 2.)

4  Dated: February 4, 2014                    Respectfully submitted,
5                                               /S/ Bruce Locke
                                              BRUCE LOCKE
6                                             Attorney for Jesus Rodriguez

## ORDER

It appearing that there is no further need for the Appearance Bond or the security for the Appearance Bond in this case, the Clerk of Court is hereby ordered to execute the Substitution of Trustee and Full Reconveyance attached to this Motion as Exhibit 2.  Mr. Locke may contact the Clerk's office to arrange to receive the document for filing in the County records.

IT IS SO ORDERED.

Dated:  February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2