1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
UNITED STATES OF AMERICA,                    No.  2:04-cr-00387-MCE
12
                   Plaintiff,
13
          v.                                 **ORDER**
14
JESUS RODRIGUEZ,
15
                   Defendant.
16
17
18
    Presently before the Court is Defendant's Motion to Vacate and/or Reduce
19
Sentence.  ECF No. 201.  The Court previously denied a separate Motion brought on the
20
same grounds.  ECF No. 200.  Defendant's new Motion is thus DENIED as well.
21
    IT IS SO ORDERED.
22
23
Dated:  September 20, 2022
24
                                        _____
25
                                        MORRISON C. ENGLAND, JR.
                                        SENIOR UNITED STATES DISTRICT JUDGE
26
27
28
                                   1